IN THE UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **UNDER SEAL** |
| | : | |
| **ALEXANDER ENRIQUE ORTIZ** | : | |
| **CARRANZA, aka ALEXANDER** | : | |
| **EDWIN ORTIZ,** | : | |
| | : | |
| **Defendant.** | : | |

**MOTION TO SEAL COMPLAINT, AFFIDAVIT,
SUPPORTING PAPERWORK, AND ARREST WARRANT**

The United States of America, by its attorney, the United States Attorney for the District of Columbia, hereby moves the Court pursuant to Fed. R. Crim. P. 6(e)(4), to place under seal until further order of the Court the Complaint, Affidavit, any supporting documents and docket entries, and the Arrest Warrant in the above-captioned case, as well as the Government's Motion to Seal and this Court's Order sealing the aforesaid documents. In support of its motion, the government states as follows:

1.  A charging document may be sealed pursuant to Rule 6(e)(4) for any legitimate prosecutorial reason, including, as recognized by the Rule itself, to take the defendant into custody and bring him or her before the court. See United States v. Michael, 180 F.2d 55, 57 (3d Cir. 1949); see also United States v. Sharpe, 995 F.2d 49 (5th Cir. 1993); United States v. Southland Corp., 760 F.2d 1366, 1379-80 (2d Cir. 1985); United States v. Lyles, 593 F.2d 182 (2d Cir. 1979).

2.      In connection with this matter, the United States is seeking approval to charge the defendant with the criminal offense of 8 U.S.C. § 1326(a) and (b)(2) (Reentry of Alien Deported Following Conviction for Aggravated Felony).  The government is concerned that the public disclosure of the Complaint and related materials at this time could jeopardize future plans to secure the defendant's arrest.  Such disclosure could alert the defendant to his criminal liability in the United States and, therefore, prompt him to leave the area immediately.  Concern for the need to apprehend the defendant before he leaves the area constitutes a legitimate prosecutorial reason, and thus an appropriate basis, for an Order sealing the Complaint, Affidavit, any supporting documents and docket entries, the Arrest Warrant, this Motion, and any Order to Seal.

4.      Accordingly, the United States submits that under <u>Washington Post v. Robinson</u>, 935 F.2d 282, 289 n.10 (D.C. Cir. 1991), these facts present an extraordinary situation and a compelling governmental interest which justify the sealing of the Complaint, Affidavit, any supporting documents and docket entries, the Arrest Warrant, this Motion, and any Order to Seal.

5.      In addition, we request that the sealing Order permit disclosure of the Complaint, Affidavit, any supporting documents and docket entries, and the Arrest Warrant, to appropriate law enforcement and other personnel, both in the United States and internationally, to the extent that such disclosure is in furtherance of efforts to capture or detain the defendant.

6.      Because it is possible that the defendant may be arrested and first presented in another judicial district, it is requested that the Court's order permit unsealing of the Complaint, Affidavit, and any supporting documents and docket entries, and the Arrest Warrant, by any United States District Court Judge or any United States Magistrate Judge, in any district, upon oral motion of the United States.

## CONCLUSION

WHEREFORE, for all the foregoing reasons, the United States of America respectfully requests that the Court issue an Order sealing (except to the limited extent specified herein) the Complaint filed in this matter on this date, the Affidavit, and any supporting documents and docket entries, the Arrest Warrant, this Motion, and the Court's sealing Order, until further order of this Court or another Court.  A proposed Order is submitted herewith.

Respectfully submitted,

RONALD C. MACHEN JR.
United States Attorney


_____/s/_____
By:   David J. Mudd, DC Bar No. 995154
Special Assistant United States Attorney
555 4th Street, NW
Washington, D.C.  20530
202-252-7785 (o)
david.mudd2@usdoj.gov